THOMAS VAN TUYL, APPELLANT, v. ERASTUS W. PARKER, RESPONDENT.

Order modified by reversing so much as refuses to strike out the award of costs and set aside the execution, and the motion to that effect granted, and the residue of the order affirmed without costs to either party. Held, that the award of costs was irregular because not in the discretion of the court. (Old Code, §§ 304, 305.)

CATHARINE J. PRICE AND REUBEN PRICE, RESPONDENTS, v. NATHANIEL L. PALMER, INDIVIDUALLY AND AS EXECUTOR OF MARGARET L. PALMER, DECEASED, APPELLANTS, IMPLEADED, &c.

Judgment affirmed, with costs, on opinion of RUMSEY, J., at special term; RUMSEY, J., not sitting.

MARTIN TIMAN, ADMINISTRATOR, &c., RESPONDENT, v. THOMAS E. KINNEY, APPELLANT.

Judgment reversed, and new trial ordered before another referee, costs to abide event, unless plaintiff shall consent to reduce the amount of the judgment by the sum of $100, with interest thereon, from the time of the commencement of the suit, in such event the judgment, as so modified, is affirmed, without costs of this appeal to either party.

SAMUEL G. BEACH, RESPONDENT, v. JACOB SKILLMAN, APPELLANT, IMPLEADED WITH JOHN HAY.

Order affirmed, without costs.

Memorandum by HARDIN, J.; RUMSEY, J., not sitting.

LYMAN H. GRANGER, APPELLANT, v. GEORGE W. CROUCH AND OTHERS, RESPONDENTS.

Order appealed from affirmed, without costs.